JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YOLANDA AVITIA,<br><br>      Plaintiff,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington corporation, d.b.a. COSTCO; and DOES 1 through 50, inclusive,<br><br>      Defendant(s). | Case No. 2:19-cv-10166 MCS-MAA<br><br>**ORDER REMANDING CASE** |

      Plaintiff Yolanda Avitia and Defendant Costco Wholesale Corporation ("Defendant") stipulate that this case's amount in controversy does not exceed $75,000.00, defeating this Court's sole jurisdictional basis. *See* Stipulation, ECF No. 29. The Stipulation's request to remand this matter is therefore **GRANTED**. The Court **REMANDS** this matter to the Superior Court of California, County of Los Angeles, *Yolanda Avitia v. Costco Wholesale Corporation*, Case No. 19STCV27278. All dates and deadlines are **VACATED**. The Clerk of Court shall close the case.

DATED: December 28, 2020        _____

                                                     Honorable Mark C. Scarsi